# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Randy R. Lynch,                                     Civil No. 09-2014 (RHK/SRN)

      Petitioner,                              **ORDER**

v.

Joan Fabian,

      Respondent.
_____

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 20, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS ORDERED** that:

    1. The Report and Recommendation (Doc. No. 8) is **ADOPTED**;

    2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is summarily **DENIED**;

    3. Petitioner's application for leave to proceed <u>in forma pauperis</u> (Doc/ No. 4) is **DENIED**; and

4. This action is **DISMISSED WITH PREJUDICE**.

Dated: September 15, 2009

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge